**Opinion issued August 6, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-12-01127-CR**

————————————

**LEROY SAMPLE, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Case No. 1143626**

---

**MEMORANDUM OPINION**

Appellant, Leroy Sample, Jr., has filed a "Motion to Waive Direct Appeal," stating that he waives his right to appeal. We construe this motion as a motion to dismiss the appeal. We have not issued a decision in the appeal, and the motion complies with rule 42.2(a). *See* TEX. R. APP. P. 42.2(a). Further, although the

motion does not contain a certificate of conference, the motion contains a certificate of service stating that it was served on the State and has been on file with the Court for more than 10 days, and the State has not responded or otherwise expressed opposition to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).